

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2020

No. 04-20-00009-CV

**IN RE C.J.Y. II**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02426
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2. The notice of appeal was filed on January 7, 2020. The reporter's record was originally due on January 17, 2020. *See* TEX. R. APP. P. 35.1(b) (requiring the appellate record in an accelerated appeal to be filed within ten days after the notice of appeal is filed).

On January 27, 2020, the court reporter filed a notification of late record requesting an extension of time to file the reporter's record. The extension is GRANTED. The reporter's record is due on or before **February 7, 2020**. However, given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court